IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ARLONDA S. KEATON,

        Plaintiff,

v.                                                                     Civil Action No. 3:15cv588

CAROLYN W. COLVIN,
*Acting Commissioner of*
*Social Security Administration*

        Defendant.

## FINAL ORDER

This matter is before the Court on the parties' cross-motions for summary judgment (ECF Nos. 7, 9), the Magistrate Judge's Report and Recommendation, (ECF No. 11), and plaintiff's Objections, (ECF No. 12). In accordance with the accompanying Memorandum Opinion, it is hereby ORDERED that:

    (1) The plaintiff's objections to the Report and Recommendation of the Magistrate Judge are OVERRULED;

    (2) The Report and Recommendation of the Magistrate Judge (ECF No. 11) is ADOPTED;

    (3) The plaintiff's Motion for Summary Judgment (ECF No. 7) is DENIED;

    (4) The Commissioner's Motion for Summary Judgment (ECF No. 9) is GRANTED; and

    (5) The Commissioner's decision denying benefits to the plaintiff is AFFIRMED.

Let the Clerk send a copy of this Order and the accompanying Memorandum Opinion to all counsel of record and to Keaton at her address of record.

It is so ORDERED.

                                                                        /s/
                                                                   M. Hannah Lauck
                                                               United States District Judge

Date: 3-3-17
Richmond, Virginia